DOUGLAS HAN (SBN 232858)
dhan@justicelawcorp.com
SHUNT TATAVOS-GHARAJEH (SBN 272164)
statavos@justicelawcorp.com
**JUSTICE LAW CORPORATION**
751 N. Fair Oaks Avenue, Suite 101
Pasadena, California 91103
Telephone: (818) 230-7502
Facsimile: (818) 230-7259

*Attorneys for* Plaintiff GRACIELA SANCHEZ

MICHELE J. BEILKE (State Bar No. 194098)
mbeilke@huntonAK.com
JULIA Y. TRANKIEM (State Bar No. 228666)
jtrankiem@huntonAK.com
ANN H. QUSHAIR (State Bar No. 176832)
AQushair@hunton.com
**HUNTON ANDREWS KURTH LLP**
550 South Hope Street, Suite 2000
Los Angeles, California 90071-2627
Telephone: 213 • 532 • 2000
Facsimile: 213 • 532 • 2020

*Attorneys for* Defendant ABBOTT LABORATORIES

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRACIELA SANCHEZ, individually, and on behalf of other members of the general public similarly situated;<br><br>Plaintiff,<br><br>v.<br><br>ABBOTT LABORATORIES., an Illinois corporation; and DOES 1 through 100, inclusive;<br><br>Defendants. | Case No.: 2:20-cv-01436-TLN-AC<br><br>Honorable Troy L. Nunley<br>Courtroom 2<br><br>**ORDER GRANTING STIPULATION TO FILE FIRST AMENDED COMPLAINT**<br><br>Complaint Filed: May 4, 2020<br>Removal Filed:   July 16, 2020 |

**ORDER**

Pursuant to the parties' stipulation, Plaintiff Graciela Sanchez may file and serve a First Amended Complaint. Within twenty-one (21) days after filing and service of Plaintiff's First Amended Complaint, Defendant Abbott Laboratories may file an answer or otherwise respond to the First Amended Complaint.

Dated: March 18, 2021

Troy L. Nunley
United States District Judge

---

1
ORDER GRANTING STIPULATION TO FILE FIRST AMENDED COMPLAINT