UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRACIELA SANCHEZ, | No. 2:20-cv-01436 TLN AC |
| Plaintiff, | |
| v. | ORDER |
| ABBOTT LABORATORIES, | |
| Defendants. | |

On March 10, 2021, defendant filed a discovery motion, set to be heard on the papers March 31, 2021. ECF Nos. 17, 18. The parties have failed to file a Joint Statement re Discovery Disagreement or an affidavit at least seven (7) days before the scheduled hearing.

Local Rule 251(a) provides that a Joint Statement re Discovery Disagreement of an affidavit must be filed seven days preceding the noticed hearing date. The Local Rule further provides that "[t]he hearing may be dropped from the calendar without prejudice" if the required briefing is not timely filed. Finally, Local Rule 110 provides that failure to comply with the Local Rules "may be grounds for imposition of any and all sanctions authorized by statute or Rule or within the inherent power of the Court."

Good cause appearing, IT IS HEREBY ORDERED that:

1. The motion hearing date of March 31, 2021 is CONTINUED to April 7, 2021 and the motion will be heard on the papers without oral argument;

2. The parties' joint statement is due March 31, 2021; and

3. Counsel for both parties are cautioned that future failure to comply with the Local Rules will result in monetary sanctions.

IT IS SO ORDERED.

DATED: March 25, 2021

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE