Hunton Andrews Kurth LLP
550 South Hope Street, Suite 2000
Los Angeles, California 90071-2627

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRACIELA SANCHEZ, individually, and on behalf of other members of the general public similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> ABBOTT LABORATORIES, an Illinois corporation; and DOES 1 through 100, inclusive, <br><br> Defendant. | CASE NO.: 2:20-CV-01436-TLN-AC <br><br> [Discovery Documents: Referred to Magistrate Judge Allison Claire] <br><br> [Removed from Solano County Superior Court Case No. FCS054734] <br><br> **[~~PROPOSED~~] ORDER GRANTING CONTINUANCE OF HEARING RE PLAINTIFF'S DISCOVERY MOTIONS** <br><br> Complaint Filed: May 4, 2020 <br> Removed Filed: July 16, 2020 <br> Trial Date: None Set |

Plaintiff Graciela Sanchez ("Plaintiff") and Defendant Abbott Laboratories ("Defendant") have submitted a Joint Stipulation to Continue Hearing on Plaintiff's Discovery Motions, to wit: Motion for Protective Order, regarding Defendant's Request for Production of Documents (Set Two) [32], Motion to Compel the Deposition of Defendant Person Most Qualified [33], Motion to Compel Defendant to Provide Further Responses to Plaintiff's Special interrogatories (Set One) Nos. 1-5, 7, 8, 10 [34], and Motion to Compel Defendant to Provide Further Responses to Plaintiff's Request for Production of Documents (Set One) Nos. 2-4, 9-15, 22-25, 27-29 [35] ("Plaintiff's Discovery Motions"), set for hearing, without appearance, on June 2, 2021

The Court has reviewed the Joint Stipulation and Orders the following.

1. The hearing on Plaintiff's Discovery Motions shall be continued to **June 16, 2021**.
2. Pursuant to Local Rule 251, the Parties' Joint Statement re Discovery Disagreement shall be due on **June 9, 2021**.

**IT IS SO ORDERED.**

DATED: May 26, 2021

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

1
[PROPOSED] ORDER RE GRANTING CONTINUANCE OF HEARING DATE RE PLAINTIFF'S DISCOVERY MOTIONS