1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRACIELA SANCHEZ, individually, and on behalf of other members of the general public similarly situated,<br><br>         Plaintiff,<br><br>     v.<br><br>ABBOTT LABORATORIES, an Illinois corporation; and DOES 1 through 100, inclusive,<br><br>         Defendant. | Case No. 2:20-CV-01436-TLN-AC<br><br><u>Assigned for All Purposes to</u>:<br>Honorable Troy L. Nunley<br><br>**ORDER REGARDING STIPULATION TO CONTINUE DEADLINES AND TIME TO BRING CASE TO TRIAL DUE TO SCHEDULED MEDIATION (ECF NO. 52)**<br><br>[Regarding Docket No. 52]<br><br>Complaint Filed:   May 4, 2021<br>Removed:              July 16, 2020<br>Trial Date:             None Set<br>Courtroom:           Courtroom 2 (15th Floor) |

**ORDER**

The Court has considered the Joint Stipulation Regarding Continuing Deadlines and Time to Bring Case to Trial Due to Scheduled Mediation ("Joint Stipulation"), filed by Plaintiff Graciela Sanchez ("Plaintiff") and Defendant Abbott Laboratories ("Defendant") (Plaintiff and Defendant are collectively referred to herein as the "Parties").

With good cause appearing, and pursuant to the Joint Stipulation, the Court approves the Joint Stipulation and it is hereby ordered that:

1. Plaintiff's time to bring the above-entitled case to trial is continued by nine (9) months;

2. All formal discovery is stayed until 30 days after mediation, currently set for September 28, 2022, except that Defendant may take another day of Plaintiff's continued deposition before mediation and Plaintiff may take a truncated deposition of Defendant's Rule 30(b)(6) witness after Defendant takes Plaintiff's deposition;

3. All discovery cut-off deadlines and other dates that flow from such a cut-off deadline are stayed pending the Parties proposed scheduling order; and

4. In the absence of a mediated settlement, the Parties will submit a proposed scheduling order within 30 days after mediation has concluded.

**IT IS SO ORDERED.**

DATED: December 13, 2021

Troy L. Nunley
United States District Judge