1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRACIELA SANCHEZ, individually, and on behalf of other members of the general public similarly situated, | No. 2:20-cv-01436-TLN-AC |
| Plaintiffs, | **NOTICE OF RELATED CASE ORDER** |
| v. | |
| ABBOTT LABORATORIES, an Illinois corporation; and DOES 1 through 100, inclusive, | |
| Defendants. | |
| MANSOOR MUNRUDDIN, as an individual and on behalf of all others similarly situated, | No. 2:21-cv-00672-MCE-DB |
| Plaintiffs, | |
| v. | |
| ABBOTT LABORATORIES, an Illinois corporation; and DOES 1 through 50 inclusive, | |
| Defendants. | |

Examination of the above-entitled actions reveals that they are related within the meaning of Local Rule 123(a).  The actions involve the same parties, are based on the same claims, the

1

1    same event, the same questions of fact and the same questions of law, and would therefore entail

2    a substantial duplication of labor if heard by different judges.  Accordingly, the assignment of the

3    matters to the same judge is likely to affect a substantial savings of judicial effort and is also

4    likely to be convenient for the parties.

5           IT IS THEREFORE ORDERED that the action denominated 2:21-cv-00672-MCE-DB is

6    hereby reassigned to District Judge Troy L. Nunley and Magistrate Judge Allison Claire for all

7    further proceedings.  Any dates currently set in the reassigned case are hereby VACATED.

8    Henceforth, the caption on documents filed in the reassigned case shall be known as 2:21-cv-

9    00672-TLN-AC.  IT IS FURTHER ORDERED that the Clerk of Court make appropriate

10   adjustment in the assignment of civil cases to compensate for this reassignment and issue.

11          IT IS SO ORDERED.

12   **DATED:  January 4, 2022**

13

14

15   _____

16   Troy L. Nunley
     United States District Judge

17

18

19

20

21

22

23

24

25

26

27

28