Hunton Andrews Kurth LLP
550 South Hope Street, Suite 2000
Los Angeles, California 90071-2627

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRACIELA SANCHEZ, individually, and on behalf of other members of the general public similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ABBOTT LABORATORIES, an Illinois corporation; and DOES 1 through 100, inclusive,<br><br>Defendant. | Case No.:  2:20-CV-01436-TLN-AC<br><br>**ORDER RE JOINT STIPULATION TO MODIFY AMENDED PRETRIAL SCHEDULING ORDER**<br><br>Judge:   Hon. Troy L. Nunley<br><br>Complaint Filed:   May 4, 2020<br>Trial Date:   None |

**ORDER**

The Court has considered the Joint Stipulation to Modify Amended Pretrial Scheduling Order ("Joint Stipulation") filed by Plaintiff Graciela Sanchez and Defendant Abbott Laboratories.

With good cause appearing, and pursuant to the Joint Stipulation, the Court hereby orders that the following dates set forth in the Amended Pretrial Scheduling Order [Dkt. 59] be modified as follows:

| Event: | New Deadline: |
|---|---|
| Plaintiff's Motion for Class Certification | March 21, 2024 (date previously set by Court) |
| Defendant's Opposition to Motion for Class Certification | May 20, 2024 (60 days after motion) |
| Plaintiff's Reply to Defendant's Opposition to Motion for Class Certification | June 20, 2024 (30 days after opposition) |
| Deadline for Phase I fact discovery | June 20, 2024 (or reply date) |

**IT IS SO ORDERED.**

DATED: September 1, 2023

_____
Troy L. Nunley
United States District Judge