1

2

3

4

5

6

7

8

# UNITED STATES DISTRICT COURT

9

## EASTERN DISTRICT OF CALIFORNIA

10

11

12

13

14

15

16

17

| | |
|---|---|
| GRACIELA SANCHEZ, individually, and on behalf of other members of the general public similarly situated; | Case No.: 2:20-CV-01436-TLN-AC |
| | District Judge Troy L. Nunley |
| Plaintiff, | Magistrate Judge Allison Claire |
| | Courtroom 2 |
| v. | **ORDER TO DISMISS** |
| ABBOTT LABORATORIES, an Illinois corporation; and DOES 1 through 100, inclusive; | Complaint Filed:   May 4, 2020 |
| | First Amended:   March 19, 2021 |
| | Removal Filed:   July 16, 2020 |
| | Trial Date:   None Set |
| Defendants. | |

18

19

20

21

22

23

24

25

26

27

28

ORDER TO DISMISS

**ORDER**

Plaintiff Graciela Sanchez ("Plaintiff") and Defendant Abbott Laboratories ("Defendant") (collectively, "the Parties"), by and through their counsel, voluntarily stipulated pursuant to Fed. Rule Civ. Proc. 41(a)(1)(A)(ii) that this action shall be dismissed in its entirety, with prejudice as to Plaintiff Graciela Sanchez's individual claims against Defendant Abbott Laboratories and without prejudice as to any other putative class member employees. The parties further stipulated that each party shall bear her/its own attorneys' fees and costs.

Upon consideration of the stipulation, the Court hereby DISMISSES this action, with prejudice as to Plaintiff's individual claims and without prejudice as to the claims of the other putative class members. Each party must bear her/its own costs and attorneys' fees. The Clerk of Court is instructed to terminate all pending motions and deadlines, and close the case.

**IT IS SO ORDERED.**

DATED: February 5, 2024

Troy L. Nunley
United States District Judge